UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ROCKEFELLER PHOTOS, LLC,

               Plaintiff,

      -v-                                          25-CV-06764 (JAV)

                                                       ORDER

FULL STACK LLC d/b/a MILLED.COM,

               Defendant.
------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

      Pursuant to the Court's Order dated September 4, 2025, ECF No. 32, the parties were required to file a joint letter and proposed Civil Case Management Plan and Scheduling Order, the contents of which are described therein, by October 23, 2025. To date, the parties have not filed the joint letter. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **October 28, 2025**.

      SO ORDERED.

Dated: October 27, 2025
       New York, New York

                                                       JEANNETTE A. VARGAS
                                                       United States District Judge